# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-0744

_____

EDWIN TERRY WINFORD,

Appellant,

v.

JJTA REAL PROPERTIES LLC, as
Manager for People Choice
Apts.,

Appellee.

_____

On appeal from the County Court for Duval County.
Michael I. Bateh, Judge.

September 14, 2022

PER CURIAM.

DISMISSED.

RAY, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Edwin Terry Winford, pro se, Appellant.

Dale G. Westling of Dale G. Westling, Sr., P.A., Jacksonville, for Appellee.